IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| PASCUZZI, *et al.* | : | 02-3391 |
| DANIELS | : | 02-3410 |
| SLACK | : | 02-3468 |
| CHILDERS, *et al.* | : | 02-3506 |
| HOFFMAN, *et al.* | : | 02-3510 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -   Order staying these proceedings pending disposition of a related action.

    [    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [    ]   -   Interlocutory appeal filed.

    [ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**R. Barclay Surrick**

Case 2:02-cv-03410-RBS    Document 3-2    Filed 06/06/2002    Page 2 of 2